```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICHARD LOUIS DURHAM
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,    )  No. CR S. 09-00525-WBS
                                )
13              Plaintiff,      )
                                )  ORDER FOR TEMPORARY RELEASE
14      v.                      )
                                )
15 RICHARD LOUIS DURHAM,        )
                                )
16              Defendant.      )  Judge: Hon. Kendall J. Newman
                                )
17 _____ )
```

Pursuant to the parties' stipulation filed August 9, 2011, the Court hereby orders Mr. Durham's temporary release from the federal detainer to attend the funeral of his mother, Linda Darlene Durham. Mr. Durham shall be temporarily released from the Glenn County Jail to the custody of Investigators Henry Hawkins and Melvin Buford from the Office of the Federal Defender on August 9, 2011 from 2:00 p.m. until 6:00 p.m.  Mr. Durham's activity will be limited to traveling from the jail to the cemetery, Willows Cemetery, in Willows, attending the funeral, attending the reception at the Willows Holiday Inn Express, 545 Humboldt Avenue, Willows, CA 95988, and returning to the jail by

1  6:00 p.m.  The investigators will escort Mr. Durham to the cemetery and
2  reception hall and return him to the Glenn County Jail.  Mr. Durham
3  will remain in the custody of the Federal Defender investigators during
4  the entire time of his temporary release.
5          IT IS SO ORDERED.
6  Dated:  August 9, 2011

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

-2-