UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                     RE:    Richard Louis DURHAM
                           Docket Number:  2:09CR00525-01
                           REQUEST TO REMOVE
                           <u>MATTER FROM CALENDAR</u>
                           HEARING DATE:  03/26/2012  9:30 a.m.

Your Honor:

Mr. Durham was serving a custodial sentence in Glenn County, when he was turned over to the United States Marshals so he could return to Sacramento to face violations of supervised release charges.  Mr. Durham appeared before Magistrate Newman on February 17, 2012, and was ordered detained and to appear before Your Honor on March 26, 2012.  However, the United States Marshal service was advised that Mr. Durham had been released from Glenn County in error and that his Glenn County sentence will not be complete until April 27, 2012.  Therefore, on February 23, 2012, Mr. Durham was returned to the Glenn County Sheriff Department's custody.

Since this matter is on Your Honor's calendar March 26, 2012, it is respectfully recommended that the matter be removed from Your Honor's calendar, and when Mr. Durham is again in federal custody, we will start the process again.

                                Respectfully submitted,

                                /s/ Lori L. Koehnen

                                **LORI L. KOEHNEN**
                             **Senior United States Probation Officer**

Dated:        February 29, 2012
                Sacramento, California
                LLK:jc

**RE:**  Richard Louis DURHAM
       Docket Number:  2:09CR00525-01
       **MEMO TO THE COURT**


**REVIEWED BY:**   /s/ Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**


cc:   Jason Hitt
      Assistant United States Attorney

      Dennis Waks
      Defense Counsel


AGREE:   /   X   /

DATED:  March 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE