DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD DURHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR.S. 09-00525-WBS |
| Plaintiff, | ) **ORDER FOR U.S. MARSHALS TO RELEASE DEFENDANT TO U.S. PROBATION OFFICER LORI KOEHNEN FOR TRANSPORT EFFECTIVE OCTOBER 11, 2012** |
| v. | |
| RICHARD DURHAM, | |
| Defendant. | ) JUDGE: Hon. William B. Shubb |

On Monday, September 24, 2012, the defendant, Richard Durham appeared before this Court for sentencing.

The defendant's term of Supervised Release was revoked, he received a sentence of credit for time served, as of October 11, 2012, he was placed on Supervised Release for a term of 108 months and ordered to reside and participate in an inpatient correctional treatment program for a period of up to 365 days.  The defendant shall remain in custody until October 11, 2012.  The Marshals are ordered to transport Mr. Durham to Senior United States Probation Officer Lori Koehnen by 8:00 a.m., October 11, 2012, where she will transport the defendant to The Salvation Army in Chico, California for treatment.

DATED: September 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE